FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES FAIRE and ANGELA FAIRE, a marital community,<br><br>    Plaintiffs,<br><br>    v.<br><br>OKANOGAN COUNTY, WASHINGTON; KARL SLOAN, in his professional capacity; KREG SLOAN, in his personal and professional capacity; BRANDEN PLATTER, in his professional capacity; and FRANK ROGERS, in his personal and professional capacity,<br><br>    Defendants. | No. 2:20-CV-00337-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS DEFENDANTS BRANDEN PLATTER AND KARL SLOAN** |

    Before the Court is Plaintiffs' Motion to Dismiss Named Defendants Branden Platter and Karl Sloan, ECF No. 92. The Court held a hearing on the motion by videoconference on April 15, 2022. Plaintiffs were represented by Breann Beggs. Defendants Braden Platter and Karl Sloan ("Prosecutor Defendants") were represented by Brian Baker. The County Defendants were represented by Chris Browning.

**ORDER GRANTING MOTION TO DISMISS DEFENDANTS BRANDEN PLATTER AND KARL SLOAN # 1**

For the reasons stated on the record, the Court grants Plaintiffs' motion to dismiss the Prosecutor Defendants from the case with prejudice. The remaining parties in the case also reported that they have a mediation scheduled on May 17. Thus, the Court orders the parties to submit a joint status report following the mediation, notifying the Court whether a hearing is necessary to reset the trial date.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Dismiss Named Defendants Branden Platter and Karl Sloan, ECF No. 92, is **GRANTED**.

2. Defendants Branden Platter and Karl Sloan are **DISMISSED with prejudice**.

3. On or before **May 27, 2022**, the parties shall file a joint status report, informing the Court (1) whether the mediation was successful; and (2) if not, when they would like to request a hearing with the Court to reset the trial date in this matter.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of April 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS DEFENDANTS BRANDEN PLATTER AND KARL SLOAN # 2**